IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMRES CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-771 |
| | : | |
| MICHAEL MUFFOLETTO, T2 FINANCIAL, LLC, ANTHONY GROTHOUSE, and TIMOTHY JOHNSON | : : : : | |

## ORDER

**AND NOW**, this 7th day of May 2024, upon considering Plaintiff's Motion to compel depositions (ECF No. 36), Defendants' Opposition (ECF No. 38), Defendants' Motion for a protective order (ECF No. 39), Plaintiff's Opposition (ECF No. 40), following today's scheduled argument (ECF No. 37), and for good cause given the parties seemingly worked out schedules after moving for relief, it is **ORDERED** we:

1. **GRANT in part** Plaintiff's Motion to compel (ECF No. 36) requiring, consistent with counsels' agreement and subject only to change upon joint written consent or Order, the following depositions:

| | |
|---|---|
| Matthew Gaddis | May 9, 2024 |
| Nancy Whipp | May 10, 2024 |
| Roman Fogel | May 10, 2024 |
| Garry Smith | May 17, 2024 |
| Chelsie Hanley | May 17, 2024 |
| Nicole Webster | May 22, 2024 |
| Mark Wilson | May 24, 2024 |
| Michael Muffoletto | May 30, 2024 |
| Amres Corp. 30(b)(6) | May 31, 2024 |
| T2 Financial, LLC d/b/a Revolution Mortgage 30(b)(6) | First two weeks of June 2024 |
| Timothy Johnson | June 10 and/or 12, 2024 |
| Anthony Grothouse | June 10 and/or 12, 2024 |

2.  **GRANT in part** Defendant's Motion for protective order (ECF No. 39) to schedule the depositions of Messrs. Johnson and Grothouse (as agreed) after completing other discovery while affording us an opportunity to address their personal jurisdiction arguments (ECF No. 35) and reminding counsel they may preserve relevance objections without a speaking objection while requiring the witness answer the question and otherwise specify privilege concerns after sufficient inquiry and mindful counsel may, as necessary, seek relief during a deposition or after the deposition under our Policies; and,

3.  **DEFER** appointment of a noticed Rule 53 discovery master at his/her normal hourly rates to promptly address further discovery concerns if they become burdensome given our obligations.

KEARNEY, J.